*ANADEL CANALE P.C.*
**ATTORNEY AT LAW**
*445 Broad Hollow Road, Suite 25*
*Melville, NY 11747*
*Tel: 631-414-7040*
*Fax: 718-709-7572*

*Admitted: NY & NJ Bar*
*Anadelcanale.com*
*anadelcanale1@yahoo.com*

*Offices in Queens and White Plains*
*(By appointment only)*

June 11, 2014

United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

Attn: Robert E. Grossman, Honorable

Re: Claire Mahr
Case # 14-70238

Dear Hon. Grossman

Please be advised that I represent Claire Mahr in the filing of the above Chapter 7 case. On Saturday June 7, 2014, while I was away, I emailed a request for an Emergency Hearing involving the illegal possession of my clients' home and the removal of all items in that home.

As the court is aware, currently there is a stay in place and a motion pending July 18, 2014 to provide Trustee Pergament the authority to sell the property. I am also Mrs. Mahr's foreclosure attorney and the foreclosure case which is in the beginning stages and no orders have been issued in that matter of any kind.

My office has learned that the following realtors are responsible for entering the home and removing the property from a neighbor who was present while the removal was occurring:

*ANADEL CANALE P.C.*
***ATTORNEY AT LAW***
*445 Broad Hollow Road. Suite 25*
*Melville, NY 11747*
*Tel: 631-414-7040*
*Fax: 718-709-7572*

Page 2.

Realtor Named: Victor
Island Advantage Realty LLC.
There are two locations:
233 Long Beach Road Island Park, NY 11558
360 Motor Parkway, Suite 200A Hauppauge, NY 11788
Tel: 631-351-6000 Fax: 631-351-6988

Also

Realtor Named: Rhonda Healy
Verdeschi Realty
1025 W. Beech Street
Long Beach, NY 11561
516-431-6160

Debtor's counsel has also learned that the real estate listing states that the property is already bank owned, which is not correct. No foreclosure sale has occurred nor has your honor issued any orders stating same.

I am requesting that a hearing be scheduled and that all parties be ordered to appear including bank attorneys, trustees office and that two subpoena's be issued for the two real estate office's brokers to appear as well.

Very truly yours,

Anadel Canale