*Weinberg, Gross & Pergament LLP*

**ATTORNEYS AT LAW**

Suite 403
400 Garden City Plaza
Garden City, New York 11530

Marc A. Pergament
*Partner*

Telephone: (516) 877-2424 Ext. 226
Facsimile: (516) 877-2460
Email: mpergament@wgplaw.com

June 12, 2014

<u>Via ECF</u>

Honorable Robert E. Grossman
United States Bankruptcy Judge
United States Bankruptcy Court
Alfonse M. D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, New York  11722-9013

Re:    Claire Mahr
       <u>Case No. 814-70238-A736</u>

Dear Judge Grossman:

This firm is counsel to the Trustee in the above-referenced case and this letter is in response to the letter filed by the Debtor, Pro Se, dated and filed on June 11, 2014.

Upon receipt of that letter, I continued my inquiry concerning the allegations that were first brought to my attention on June 9, 2014.

I had received an e-mail from Debtor's counsel on June 9, 2014 advising me that there had been an illegal entry into the Debtor's real property at 831 Oceanfront Street, Long Beach, New York ("Property") and that some of the Debtor's personalty had been allegedly removed and that the locks had been changed.

Due to the efforts of counsel for the first mortgagee, I was able to gather the information and conveyed this information verbally to Chambers and now want to confirm what was conveyed.

According to the attached Affidavit of Todd Yovino, he was contacted by a representative of Allstate Insurance Company, which was providing insurance for Property to protect the interest of the first mortgagee.

Mr. Yovino had been allegedly advised that there was hazardous and flammable debris in and around the Property.

Mr. Yovino sets forth in his Affidavit that he took the steps to remove the debris that was in and around the Property to avoid the chances of a fire to the Property.  Mr. Yovino also placed a lock on the Property as there had not been a lock on it when he visited on June 6, 2014.

Further, Mr. Yovino stated that the lock that was placed on the Property has been removed as indicated by the photos that are attached to the Affidavit.

I note that the Debtor has not resided in the Property since Super Storm Sandy on or about October 29, 2012.

Respectfully yours,

Marc A. Pergament

MAP:mm
enclosure
cc:    Claire Mahr
        28 Roosevelt Street
        Malverne, New York  11565
        (w/enclosure)

        Via E-Mail - anadelcanale1@yahoo.com
        Anadel Canale, Esq.
        (w/enclosure)

        Via E-Mail - alan@nyfclaw.com
        Alan H. Weinreb, Esq.
        The Margolin & Weinreb Law Group, LLP
        (w/enclosure)

AFFIDAVIT OF TODD YOVINO RE: 831 OCEANFRONT STREET, LONG BEACH, NY

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF SUFFOLK    )

Todd Yovino, being duly sworn, deposes and says:

1. I am a Broker/Owner of Island Advantage Realty and, as such, am fully familiar with the facts and circumstances hereinafter set forth based upon my personal knowledge.

2. On June 6, 2014, I went to the property 831 Oceanfront Street, Long Beach, NY as a result of being advised by Allstate, the insurance company insuring the property, that the property was hazardous and uninhabitable as a result of significant damage from Hurricane Sandy.

3. I appeared at the property and viewed a significant amount of debris and flammable material outside, around and inside the property. Said debris was thereafter removed and discarded in order to make the property safe and secure.

4. No personal items were removed from the property—only hazardous debris was removed and discarded.

5. I make this affidavit at the request of the Trustee, Marc Pergament. Also at the request of the Trustee, I have removed the lock box on the door so that it is able to be inspected free and clear.

[INTENTIONALLY LEFT BLANK]

WHEREFORE, it is respectfully requested that the Trustee take note of the facts as set out above in this Affidavit.

Dated: June 11, 2014

Todd Yovino, Island Advantage Realty


(General Acknowledgment for documents executed and notarized in New York State Only)

ACKNOWLEDGMENT

State of New York      )
County of Suffolk )ss.

On the 11th day of June in the year 2014 before me, the undersigned, personally appeared Todd Yovino, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is(are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.


Notary Signature

MAUREEN D. WARFIELD
NOTARY PUBLIC-STATE OF NEW YORK
No. 01WA6162160
Qualified in Suffolk County
My Commission Expires March 05, 2015













Stratus MLS - Status/Price Change - ML# 2680027 - 831 Oceanfront, Long Beach, NY 11561                    Page 1 of 1

# Listing Detail View

**Attachments:**     Lead Paint Disclosure     Other

| **831 Oceanfront, Long Beach, NY 11561** | **List Price: $599,000** |
|---|---|

| | |
|---|---|
| ML#: 2680027 | Residential | 2 Family, Det | LSC: W/R |

Photo Not Available

| | |
|---|---|
| Sec/Area: | 2 Story     Zone: 6 |
| Devel: | Rooms: 8 |
| Schools: 28  Long Beach | Br: 4     MBR 1st Floor |
| Taxes: $12,096.17    Vill Tax: $7,221.72 | Baths Full: 2 |
| Total Taxes: $19,317.89 | Baths Half: 0 |
| Taxes w/STAR: | Basement: Full |
| Dis:    Sec: 59 | Finished Bsmt: N |
| Block: 270    Lot: 23 | Lot Size: 20X100 |
| Adult Comm: N    Gated Prop: | Lot Sqft: 2000 |
| Beach Rts:    Dock Rts: | Zoning: |

**Cross Street:** Pennsylvannia

**Directions:** Pennsylvannia To Oceanfront

Walk Score®: 51

**Remarks:** Bank Owned. Property Is Extraordinarily Discounted Due To Existing Damages Associated With Hurricane Sandy. Cash Or Re[...] Only.Prequal Thru Andrew Thaw Vanguard Funding 516-393-0739 All Agents Must View Fax Attachment Other 1 Prior To Showing & Ffer [...] Fax Offers & Completed Mls Attachments To 631-961-8853

**Property Description:** Steps Away From The Beach With Breathtaking, Unobstructed Ocean Views, This Storm Damaged Colonial Creat[...] Exceptional Opportunity With A Multitude Of Possibilities. The Chance To Build Your Own Aesthetic Preferences Into A Legal 2 Family Dwe[...] Of The Most Sought After Locations In Long Beach Is Now Here! Don't Wake Up With Regret Tomorrow....Hurry!

| Property Info | Rooms/Interior | Appliances/Utilities | Exterior |
|---|---|---|---|
| Apx Year Built: 1925 | # Kitchens: 2 | Stove: N | Garage: |
| New Construction: N | Eat In Kitchen: Y | Refrigerator: N | Driveway: N |
| Construction: Frame | DiningRm: None | Dishwasher: N | Porch: As-Is |
| Front Exposure: | Den/Fam Rm: N | Washer: N | Patio: |
| Cul-De-Sac:   Corner: | Office: N | Dryer: N | Deck: |
| Horse Property: | Attic: N | A/C: N | Pool: N |
| Appearance: As-Is | Apx Int Sqft: 1766 | CAC Zones: | Tennis Ct: |
| Waterfront: Y | Wood Flrs: | Heat: Gas, Hw | Ing Sprinklers: |
| Waterview: Y | W/W Carpet: | Heat Zones: | Building Size: |
| Water Frontage: | Fireplaces: 0 | Sep HW Heater: | Water: Public |
| Bulkhead: | Skylight: | Permit: Exempt | Sewer: |

| | |
|---|---|
| Bsmt/Subfl: Full Unfinished | Also For Rent: N |
| 1st Floor: 2 Brs, Lr, Kit,Full Bath, Deck | Rental Income: |
| 2nd Floor: 2 Brs, Lr, Kit, Full Bath, Terrace | Short Sale: N |
| 3rd Floor: | REO: Y |
| Personal Property Exclusions: | Supersedes ML#: |

**Green Feature:** N

| | | | |
|---|---|---|---|
| List Date: 6/6/2014 | Withdrwn/Rel Date: 6/9/2014 | Original LP: $599,000 | Seller Agency Comp: 0.0 |
| Exp Date: 9/6/2014 | Comm Oblig Date: 6/9/2014 | Prior LP: | Buyer Agency Comp: 3.0 |
| UC Date: | Relist Oblig Date: 6/9/2014 | List Price: $599,000 | Broker Agency Comp: 3.0 |
| Prop Title Date: | Days on Market: | Contract Price: | Listing Broker Comp (For Rental): |
| Title Date: | | Owner Financing: | Buyer Exclusions: N |
| | | Broker/Agent Owned: N | |

| | | | |
|---|---|---|---|
| List Broker: Island Advantage Realty LLC (YOVI01) | 631-351-6000 | Owner: Avail Holding | Broker/Agent Owned: |
| List Agent: Yovino, Todd A | 631-351-6000 | Purchaser: | |
| | | Moved From: | |

http://v3.mlsstratus.com/Live/Web2/Pages/Listings/StatusPriceChange.html?DraftID=1327876                    6/9/2014